**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000466
03-JAN-2018
11:59 AM**

NO. CAAP-15-0000466

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
ALSO KNOWN AS KAMEHAMEHA SCHOOLS,
Plaintiffs-Counterclaim Defendants/Appellees,
v.
RONALD G.S. AU,
Defendant-Counterclaimant/Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0420-02)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The "Order Partially Granting Appellees' Request for Attorneys' Fees and Costs by Nakamura, C.J.," filed on December 22, 2017, is hereby corrected as follows:

1. On page 13, in the fourth line under Section II., "non-assumptsit" should be replaced with "non-assumpsit" and "claim" should be replaced with "claims" so that as corrected, the text reads: ". . . the assumpsit and non-assumpsit claims in the Counterclaim."

2. On page 13, in the last line, "Misc" should be replaced with "Miscellaneous" so that as corrected, the text reads: "Miscellaneous other matters . . ."

---

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.

3.  On page 14, in the second and third lines of the second paragraph, "non-assumptsit" should be replaced with "non-assumpsit" so that as corrected, the text reads: ". . . non-assumpsit claims . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 3, 2018.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge